FILED
JAN 1 8 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

vs.

CEDRIC L. FRAZIER,
Defendant.

JASON R. HAMPTON,
Defendant.

and

IGNACIO GONZALEZ,
Defendant.

CRIMINAL NO. 16-CR-30128-DRH

SUPPRESSED

Title 21, United States Code
Sections 841(a)(1); (b)(1)(C); and

Title 21, United States Code
Section 846

Title 18, United States Code
Section 2

**H 17-0136M**

United States Courts
Southern District of Texas
FILED
February 02, 2017
David J. Bradley, Clerk of Court

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**CONSPIRACY TO DISTRIBUTE COCAINE**

From 2015 until on or about May 13, 2016, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**CEDRIC L. FRAZIER,
JASON R. HAMPTON, and
IGNACIO GONZALEZ,**

defendants herein, did conspire and agree together, and with others both known and unknown to the Grand Jury, to knowingly and intentionally distribute, and possess with intent to distribute, cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C); all in violation of Title 21, United States Code § 846.

**COUNT 2**
**POSSESSION WITH INTENT TO DISTRIBUTE COCAINE**

On or about May 14, 2016, in St. Clair County, within the Southern District of Illinois,

**JASON R. HAMPTON,**

Defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code Section 2.

**FORFEITURE ALLEGATIONS**
**FORFEITURE OF FIREARM**

Upon conviction of the offenses alleged in this Indictment, defendant **JASON R. HAMPTON** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described in this Indictment, including, but not limited, to the following: a Ruger LCP .380 caliber automatic, bearing serial number 371437179, and any and all ammunition contained therein or seized therewith.

**A TRUE BILL**

FOREPERSON

ROBERT L. GARRISON
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond as to Defendant Gonzalez: $2,500 bond unsecured

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

SUPPRESSED

RECEIVED
UNITED STATES MARSHAL
2017 JAN 19 AM 10 30
SOUTHERN DIST. ILLINOIS
E. ST. LOUIS, IL

United States of America
v.
Ignacio Gonzalez

*Defendant*

Case No. 16-cr-30128-DRH-03

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Ignacio Gonzalez, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21:841(a)(1) and (b)(1)(C) and 21:846 -Conpsiracy to Distribute Cocaine

Date: 01/19/2017

Jessica Robinson, deputy clerk
*Issuing officer's signature*

City and state: East St. Louis, IL

Justine Flanagan, Acting Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*